# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,           :

    Plaintiff,                             Case No. 3:17MJ0033

        -vs-                               :           Magistrate Judge Sharon L. Ovington

DANIEL RaSHEE GORDON,           :

    Defendant.

---

## BINDOVER ORDER

---

This matter was set for preliminary examination on March 21, 2017. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

March 21, 2017                                                  s/ Sharon L. Ovington
                                                                                Sharon L. Ovington
                                                                     United States Magistrate Judge